JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA HUERTA, et al., | Case No.  2:18-cv-10354-MWF-MAR |
| Plaintiffs, | The Honorable Michael W. Fitzgerald, United States District Judge |
| v. | |
| CITY OF PALMDALE, et al., | **JUDGMENT** |
| Defendants. | |

Plaintiffs Priscilla Huerta, Arturo Huerta, and their minor children Does 1–7 (collectively, Plaintiffs) filed this action against Defendants City of Palmdale (the "City"), Bud Davis, Sara Shreves, and Officer Raposas (collectively, "City Defendants"). Plaintiffs also filed this action against Defendants County of Los Angeles (the "County") and Deputy Wyatt Waldron (collectively, "County Defendants").

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1.  *On Plaintiffs' claim for relief for violation of 42 U.S.C. § 1983 against City Defendants*: Plaintiffs allege that City Defendants violated Plaintiffs' rights under the First, Fourth, Fifth, and Fourteenth Amendments, as well as the Contracts Clause of the Constitution.

    a.  On January 12, 2024, the Court entered summary judgment in favor of City Defendants with respect to all constitutional violations except those alleged under the Fourth Amendment. (Order Re: Defendants' Motions to Dismiss, Defendants' Motions for Summary Judgment, and Defendants' Ex Parte Applications (Docket No. 157)).

    b.  On July 16, 2024, the Court granted City Defendants' Ex Parte Application for Terminating Sanctions with respect to the remaining allegations arising under the Fourth Amendment. (Order Granting Defendants' Ex Parte Applications for Terminating Sanctions (Docket No. 188)).

    c.  Accordingly, judgment is entered in favor of City Defendants and against Plaintiffs. Plaintiffs shall take nothing on their § 1983 claim against City Defendants.

2.    *On Plaintiffs' claim for relief for violation of 42 U.S.C. § 1983 against Defendant County of Los Angeles*: Plaintiffs allege that the County violated Plaintiffs' rights under the First, Fourth, Fifth, and Fourteenth Amendments, as well as the Contracts Clause of the Constitution.

   a.   On October 8, 2020, the Court granted the County's Motion to Dismiss for failure to state a claim for *Monell* liability.  (Order Re: Motions to Dismiss Second Amended Complaint (Docket No. 85)).  Although the Court granted Plaintiffs leave to amend, Plaintiffs chose to stand on the allegations in their Second Amended Complaint.

   b.   Accordingly, judgment is entered in favor of the County and against Plaintiffs.  Plaintiffs shall take nothing on their § 1983 claim against the County.

3.    *On Plaintiffs' claim for relief for violation of 42 U.S.C. § 1983 against Defendant Waldron*: Plaintiffs allege that Defendant Waldron violated Plaintiffs' rights under the First, Fourth, Fifth, and Fourteenth Amendments, as well as the Contracts Clause of the Constitution.

   a.   On January 12, 2024, the Court entered summary judgment in favor of Defendant Waldron for all alleged constitutional violations.  (Order Re: Defendants' Motions to dismiss, Defendants' Motions for Summary Judgment, and Defendants' Ex Parte Applications (Docket No. 157)).

   b.   Accordingly, judgment is entered in favor of Defendant Waldron and against Plaintiffs.  Plaintiffs shall take nothing on their § 1983 claim against Defendant Waldron.

//

//

3
**JUDGMENT**

4.  Defendants are awarded their costs as provided by law.

Dated: July 18, 2024.

_____
MICHAEL W. FITZGERALD
United States District Judge

4
**JUDGMENT**